


AO440 (Rev. 8/01) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF WYOMING

George James,
Kelly James

V.

Stoneleigh Recovery Associates, LLC

**SUMMONS IN A CIVIL CASE**

Case Number: 12-CV-120-S

TO: (Name and address of Defendant)
Stoneleigh Recovery Associates, LLC
c/o Corporation Service Company
1821 Logan Avenue
Cheyenne, Wyoming 82001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George James
Kelly James
3422 Cribbon Avenue
Cheyenne, Wyoming 82001

an answer to the complaint which is served on you with this summons, within __21__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK   Stephan Harris

(By) DEPUTY CLERK

DATE   6/11/12

AO440 (Rev. 8/01) Summons in a Civil Case

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me | DATE | 06/11/12 (1403) |
| NAME OF SERVER (PRINT) DJ Hudson | TITLE | Deputy Sheriff |
| *Check one box below to indicate appropriate method of service* | | |
| ❏ Served personally upon the defendant. Place where served: _____ | | |
| ❏ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____ | | |
| ❏ Returned unexecuted: _____ | | |
| ☒ Other (specify): Carol Walker (Sec. for Corporation Service Company - Agent for Stoneleigh Recovery Associates LLC.) personally and in person at her usual place of employment. | | |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06/11/12
Date

Signature of Server

1910 Pioneer Ave, Cheyenne Wy.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.