IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GEORGE JAMES<br>KELLY JAMES,<br><br>        Plaintiff,<br><br>    vs.<br><br>STONELEIGH RECOVERY ASSOCIATES LLC,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)    12-CV-120-S<br>)<br>)<br>)<br>) |

NOTICE OF FAILURE TO SUBMIT PLEADINGS

The Court having been notified by counsel for the parties on or about June 20, 2012, that the above-captioned action was settled;

Pursuant to Local Rule 41.1(a) of the United States District Court for the District of Wyoming this action may be reset for trial unless settlement pleadings are tendered to the Court forthwith or good cause is shown for failure to submit the pleadings necessary to terminate the action.

Dated this 21ST day of August, 2012.

                                              STEPHAN HARRIS
                                              CLERK OF COURT

                                              _Tiffany Dyer_

                                              Deputy Clerk

cc:    Counsel of Record